# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 NOV 18 PM 12:06

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. Lisa Anderson          Docket No. 2:02CR20151-04

## Petition on Probation and Supervised Release

**COMES NOW** Brenda L. Carpten, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Lisa Anderson, who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 17th day of December, 2002, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay a fine in the amount of $3,500.00 (Balance $2,030.00).

2. The defendant shall submit to substance abuse testing and treatment and mental health counseling as deemed appropriate by the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Lisa Anderson has made payments of $100.00 on a fairly consistent basis. It is felt that she has paid to the best of her ability. She has paid a total of $1,470.00. Ms. Anderson signed a Payment Agreement with the United States Attorney's Office wherein she has agreed to continue paying One Hundred Dollars ($100.00) per month until her fine balance is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Anderson's supervision be allowed to terminate as scheduled on December 16, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this 18th day of Nov, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

### Respectfully,

_____
Brenda L. Carpten
United States Probation Officer

Place: Memphis, Tennessee

Date: November 17, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-20-05  836

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 836 in case 2:02-CR-20151 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Anthony Helm
LAW OFFICES OF ANTHONY HELM
5705 Stage Road
Ste. 110
Bartlett, TN 38134

Marcus Martin
1420 Brown Street
Memphis, TN 38107

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT